DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3973
Facsimile:     (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Alan F. Cohen194075
LAW OFFICES OF ALAN F. COHEN
101 Montgomery St., Suite 2050
San Francisco, CA  94104
Telephone: 415-984-1943
Facsimile: 415-984-1953

Attorney for Plaintiff
SANDRA RAMOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA RAMOS,<br><br>                Plaintiff,<br><br>        *v.*<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>                Defendant. | Case No. C-11-05033 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION UNTIL AFTER RULING ON SUMMARY JUDGMENT MOTION** |

        The parties, Plaintiff Sandra Ramos, and Defendant City and County of San Francisco, by and

through their attorneys of record, hereby stipulate and request that the Court extend the deadline to

complete mediation in this action to thirty (30) days after the Court rules on Defendant's anticipated

motion for summary judgment.

Pursuant to the Court's February 2, 2012 Order appointing mediator Zela Claiborne of JAMS, the parties have until May 3, 20112 to complete mediation.  The parties request that this deadline be continued to thirty (30) days after the Court rules on Defendant's anticipated motion for summary judgment.  Currently, the deadline for filing dispositive motions in this case is November 1, 2012.  (A final Pretrial Conference is scheduled on December 10, 2012 and trial is scheduled to begin December 17, 2012.)

This is the first stipulation and proposed order to continue the mediation deadline.  The parties request this continuance for the following two reasons.

First, Defendant City intends on filing a motion for summary judgment, and the City does not foresee any possibility of offering Plaintiff more than a comparatively small sum in settlement prior to determination of Defendant's anticipated dispositive motion.  Based on this representation and discussions with defense counsel, Plaintiff does not believe that mediation should go forward at the present time.

Also, the parties' have only recently begun depositions and further deposition discovery is necessary for the mediation to be meaningful.

Dated:  April 26, 2012

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney

By:_____/s./_____
        ANDREW GSCHWIND

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

1    Dated: April 26, 2012                    Respectfully submitted,

2                                             LAW ALAN F. COHEN

3                                             By:_____/s./_____

4                                                   ALAN F. COHEN1

5                                             Attorney for Plaintiff
                                              SANDRA RAMOS
6

7

8

9                            ~~[PROPOSED]~~ ORDER

10          The Court hereby orders the deadline to complete mediation be extended to June 8, 2012.

11

12

13          SO ORDERED.

14

15   Dated:  April 27, 2012.

16                                             _____
                                              William Alsup
17                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27          ───────────────────────
                 [1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the
28   concurrence, consent and authorization of Mr. Cohen's office to file this document on his behalf.