1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   ANDREW GSCHWIND, State Bar #231700
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Fifth Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3973
6   Facsimile:    (415) 554-4248

7   Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

8

9   Alan F. Cohen194075
    LAW OFFICES OF ALAN F. COHEN
10  101 Montgomery St., Suite 2050
    San Francisco, CA  94104
11  Telephone: 415-984-1943
    Facsimile: 415-984-1953

12
    Attorney for Plaintiff
13  SANDRA RAMOS

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17  SANDRA RAMOS,                    Case No. C-11-05033 WHA

18              Plaintiff,           **STIPULATION AND [PROPOSED] ORDER
                                     EXTENDING DEADLINE TO COMPLETE
19      v.                           MEDIATION UNTIL AFTER RULING ON
                                     SUMMARY JUDGMENT MOTION**
20  CITY AND COUNTY OF SAN
    FRANCISCO,
21
                Defendant.
22

23

24          The parties, Plaintiff Sandra Ramos, and Defendant City and County of San Francisco, by and

25  through their attorneys of record, hereby stipulate and request that the Court extend the deadline to

26  complete mediation in this action to thirty (30) days after the Court rules on Defendant's anticipated

27  motion for summary judgment.

28

1         Pursuant to the Court's February 2, 2012 Order appointing mediator Zela Claiborne of JAMS,

2    the parties have until May 3, 20112 to complete mediation.  The parties request that this deadline be

3    continued to thirty (30) days after the Court rules on Defendant's anticipated motion for summary

4    judgment.  Currently, the deadline for filing dispositive motions in this case is November 1, 2012.  (A

5    final Pretrial Conference is scheduled on December 10, 2012 and trial is scheduled to begin December

6    17, 2012.)

7         This is the first stipulation and proposed order to continue the mediation deadline.  The parties

8    request this continuance for the following two reasons.

9         First, Defendant City intends on filing a motion for summary judgment, and the City does not

10   foresee any possibility of offering Plaintiff more than a comparatively small sum in settlement prior to

11   determination of Defendant's anticipated dispositive motion.  Based on this representation and

12   discussions with defense counsel, Plaintiff does not believe that mediation should go forward at the

13   present time.

14        Also, the parties' have only recently begun depositions and further deposition discovery is

15   necessary for the mediation to be meaningful.

16

17   Dated:  April 26, 2012                          DENNIS J. HERRERA
                                                      City Attorney
18                                                    ELIZABETH SALVESON
                                                      Chief Labor Attorney
19                                                    ANDREW GSCHWIND
                                                      Deputy City Attorney
20

21                                                    By:_____/s./_____
                                                              ANDREW GSCHWIND
22

23                                                    Attorneys for Defendant
                                                      CITY AND COUNTY OF SAN FRANCISCO
24

25

26

27

28

1  Dated: April 26, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15  Dated:  April 27, 2012.

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

LAW ALAN F. COHEN

By:_____/s./_____
          ALAN F. COHEN1

Attorney for Plaintiff
SANDRA RAMOS

**~~[PROPOSED]~~ ORDER**

The Court hereby orders the deadline to complete mediation be extended to June 8, 2012.

        SO ORDERED.

_____

William Alsup
UNITED STATES DISTRICT JUDGE

---

[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Cohen's office to file this document on his behalf.