IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA RAMOS,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 11-05033 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

Pursuant to defendant's August 31, 2012, letter outlining its discovery dispute, the Court **SETS** a three-hour meet-and-confer in the Court's jury room starting at **7:30 A.M. AND CONTINUING THROUGH TO 10:30 A.M. ON FRIDAY, SEPTEMBER 7** in the federal courthouse located to 450 Golden Gate Avenue, San Francisco, California. At 10:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please buzz chambers at 7:30 a.m. to be let into the jury room. Plaintiff's response is due by **NOON ON SEPTEMBER 6**.

Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE