United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA RAMOS,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                   /

No. C 11-05033 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

Pursuant to defendant's August 31, 2012, letter outlining its discovery dispute, the Court **SETS** a three-hour meet-and-confer in the Court's jury room starting at **7:30 A.M. AND CONTINUING THROUGH TO 10:30 A.M. ON FRIDAY, SEPTEMBER 7** in the federal courthouse located to 450 Golden Gate Avenue, San Francisco, California. At 10:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please buzz chambers at 7:30 a.m. to be let into the jury room. Plaintiff's response is due by **NOON ON SEPTEMBER 6**.

Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE