**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN RAMOS,

      Plaintiff,

  v.

CITY AND COUNTY OF
SAN FRANCISCO,

      Defendant.

_____/

No. C 11-05033 WHA

**ORDER RE POSSIBLE SETTLEMENT**

When a written agreement completely disposing of the case is fully signed, subject only to approval of the Board of Supervisors, the Court will grant a 45-day continuance of all deadlines but, meanwhile, all case management dates will stand.  Mere settlements in principle are not enough, for they often crater.

**IT IS SO ORDERED.**

Dated: September 19, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE