IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN RAMOS,

      Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

      Defendant.
                                      /

No. C 11-05033 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The parties have filed a notice of settlement indicating that they have signed a final written settlement agreement, which must be approved by the San Francisco Health Commission and the San Francisco Board of Supervisors. The notice states that the settlement "is now being scheduled" for approval (Dkt. No. 38 at 2). As stated in the September 19 order regarding possible settlement (Dkt. No. 36), when a written agreement completely disposing of the case is signed, subject only to approval of the Board of Supervisors, the Court will grant a 45-day continuance of all deadlines. A 45-day continuance of all deadlines is hereby **GRANTED**. If more time is needed to secure the necessary approvals, the parties may file a request for more time that explains the delay.

**IT IS SO ORDERED.**

Dated: October 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE