IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN RAMOS,

    Plaintiff,

  v.

CITY AND COUNTY OF
SAN FRANCISCO,

    Defendant.
                             /

No. C 11-05033 WHA

**ORDER RE SETTLEMENT STATUS REPORT AND JOINT REQUEST FOR CONTINUANCE**

     The parties have filed an update regarding the settlement agreement reached several months ago. The settlement is subject only to formal approval by the San Francisco Health Commission and the San Francisco Board of Supervisors. The Court previously granted a 45-day continuance of all deadlines and noted that the parties may file a request for more time if necessary. The parties now represent that, in December, the settlement was officially approved by the San Francisco Health Commission and the City Controller certified the availability of settlement funds. Defendant's counsel expects that the remaining review and vote process will be completed by February 22, 2013. Based on this representation, and the joint request of the parties, a 60-day extension of the deadlines in this action is hereby **GRANTED**. **BY NOON ON MARCH 1**, the parties shall file an update regarding the status of the settlement.

    **IT IS SO ORDERED.**

Dated: January 10, 2013.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE