IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RAMOS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO,<br><br>    Defendant.<br>                                               / | No. C 11-05033 WHA<br><br>**AMENDED CASE MANAGEMENT ORDER** |

     Pursuant to the order granting a 60-day extension of the deadlines in this action (Dkt. No. 42), the following schedule shall apply:

     Final pre-trial conference at 2:00 p.m. on April 1, 2013.

     Trial begins at 7:30 a.m. on April 15, 2013.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE