IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN RAMOS,

    Plaintiff,

  v.

CITY AND COUNTY OF
SAN FRANCISCO,

    Defendant.
                           /

No. C 11-05033 WHA

**AMENDED CASE MANAGEMENT ORDER**

      Pursuant to the order granting a 60-day extension of the deadlines in this action (Dkt. No. 42), the following schedule shall apply:

      Final pre-trial conference at 2:00 p.m. on April 1, 2013.

      Trial begins at 7:30 a.m. on April 15, 2013.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE