IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RAMOS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>                                        / | No. C 11-05033 WHA<br><br>**SECOND ORDER RE SETTLEMENT STATUS REPORT AND JOINT REQUEST FOR CONTINUANCE** |

      By order dated January 10, a 60-day continuance was granted based on the representation of the parties that they had reached a settlement agreement subject only to formal approval by the San Francisco Health Commission and the San Francisco Board of Supervisors. The Court had previously granted a 45-day continuance of all deadlines.

      The parties were required to file an update regarding the status of the settlement by noon on March 1. That date has come and gone and no response has been received. Counsel are hereby ordered to file an update regarding the status of the settlement by **MARCH 11 AT NOON**. The parties are reminded that the final pre-trial conference is scheduled for April 1, 2013, with trial set for April 15.

      **IT IS SO ORDERED.**

Dated: March 7, 2013.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE