IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA RAMOS,

    Plaintiff,

  v.

CITY AND COUNTY OF
SAN FRANCISCO,

    Defendant.
                               /

No. C 11-05033 WHA

**ORDER TO FILE DISMISSAL**

Plaintiff must file a dismissal by **NOON ON FRIDAY, MARCH 29, 2013**. Otherwise, the final pretrial conference will go forward on Monday, April 1 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE